UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MERRILL LYNCH COMMERCIAL FINANCE
CORP.,

                        Plaintiff,        **ORDER**

         -against-                CV 09-4721(SJF)(ARL)

AMERICAN STANDARD TESTING AND
CONSULTING LABORATORIES, INC., et al.,

                     Defendants.
------------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      The parties have submitted their proposed Joint Pretrial Order. After examination of the order, the court finds that it substantially complies with District Judge Feuerstein's requirements.

      Accordingly, the Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and trial calendar of District Judge Feuerstein.

Dated: Central Islip, New York
       January 14, 2011

**SO ORDERED:**

_____/s/_____
ARLENE R. LINDSAY
United States Magistrate Judge